**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GARY E. JOHNSON                                                                                            PLAINTIFF

v.                                             NO. 3:15CV00136 JLH

CITY OF JONESBORO, ARKANSAS, et al.                                                       DEFENDANTS

**ORDER**

So that summonses can be issued and served upon the defendants at their proper addresses, the Court orders Gary E. Johnson to provide addresses for John Street, L.M. Duncan, Dianne Street, Bob Gibson, Lenders Title Company, and Garver Engineering within thirty (30) days from the entry of this Order. Failure to do so may result in dismissal of Johnson's claims against those defendants. The Clerk will prepare summonses issued for the City of Jonesboro and Mayor Perrin in care of the Mayor's office, and the United States Marshals Service will serve those summonses at the Mayor's office address.

IT IS SO ORDERED this 29th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE