**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GARY E. JOHNSON                                                                    PLAINTIFF

v.                                          NO. 3:15CV00136 JLH

CITY OF JONESBORO, ARKANSAS, et al.                                DEFENDANTS

## ORDER

Each of the defendants in this case have filed a motion to dismiss or motion for summary

judgment.  The time for responding to these motions has expired, and no response has been filed.

The Court hereby gives notice to Gary E. Johnson that he must file a response to the pending

motions on or before August 14, 2015, or the Court will assume that the motions are uncontested and

will act accordingly.

IT IS SO ORDERED this 4th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE