# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY E. JOHNSON                                                               PLAINTIFF

v.                                   NO. 3:15CV00136 JLH

CITY OF JONESBORO, ARKANSAS, et al.                             DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Gary E. Johnson's complaint is hereby dismissed so that he can pursue his claims in the Circuit Court of Craighead County, Arkansas.

IT IS SO ORDERED this 24th day of August, 2015.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE